427 A.2d 1226

Commonwealth v. Kehoe, Appellant.

Submitted June 29, 1979. Robert F. Pappano, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Judgment affirmed.

427 A.2d 1227

Commonwealth v. Martinez, Appellant.

Submitted December 6, 1979. Kenneth C. Sandoe, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

* Judge Donald E. Wieand is sitting by special designation. President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation.

This decision was reached following the death of Robinson, J.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.